**United States District Court**
For the Northern District of California

1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   RODERICK OPALEC,                        No. C 06-6459 MHP (pr)

9              Petitioner,                  **JUDGMENT**

10        v.

11  BEN CURRY, warden,

12             Respondent.

13  _____/

14        The petition for writ of habeas corpus is granted.

15        IT IS SO ORDERED AND ADJUDGED.

16  DATED: March 19, 2008

17                                          Marilyn Hall Patel
                                            United States District Judge

18

19

20

21

22

23

24

25

26

27

28